

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00383-CR

Jamie **LONGORIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10053
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on September 30, 2017.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk